UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
~~SUPREME COURT OF THE STATE OF NEW YORK~~
~~COUNTY OF BROOKLYN~~
-------------------------------------------------------------------X

RONALD PRUITT,

          Plaintiff,

-against-

THE CITY OF NEW YORK, ET AL.
          Defendants,
-------------------------------------------------------------------X

**CONSENT TO CHANGE ATTORNEY**

Index No.: 15 CV 4534
MKB - SMG

IT IS HEREBY CONSENTED THAT the LAW OFFICES OF MICHAEL S. LAMONSOFF, PLLC of Financial Square at 32 Old Slip - 8th FL , be substituted as attorney(s) of record for the undersigned party(ies) in the above-entitled action in place and stead of the undersigned attorney(s) as of the date hereof.

Dated: New York, New York
       October 21, 2015

_____
Ronald Pruitt

_____
LAW OFFICES OF MICHAEL S. LAMONSOFF, PLLC
Incoming Attorneys

_____
Jones Richardson, P.C.
Outgoing Attorneys

STATE OF NEW YORK    }

COUNTY OF NEW YORK

    On the 21 day of October, 2015, before me personally came Ronald Pruitt, to me known and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that he executed the same.

_____
Notary Public

JESSICA S CRUZ
Notary Public, State of New York
No. 01CR6324218
Qualified in Bronx County
Commission Expires May 4, 2019

### THE BOZEMAN LAW FIRM, PLLC
### COUNSELORS AT LAW

SIX GRAMATAN AVENUE, FIFTH FLOOR
MOUNT VERNON, NEW YORK
10550

**KENNETH JONES**

(P) 914.668-4600
(F) 914.668-4721
KJONES@BOZEMANLAWFIRM.COM

## **NOTICE OF CHARGING LIEN**

December 15, 2105

Matthew Shroyer, Esq.
Law Office of Michael S. Lamonsoff
Financial Square at Old Slip, 8th Floor
New York, NY 10005

**Re: Pruitt v. City of New York et al. 15 CV 4534 MKB-SMG**

Dear Matthew Shroyer,

    Please be advised that the firm of Jones Richardson PC has merged with the Bozeman Firm PLLC as of January 1, 2015.

    As incoming counsel you are aware that a charging lien is in effect in the above referenced matter. I represented plaintiff in this matter since November 14, 2014 through October 21, 2015. The amount of the lien is $14,380.50.

    PLEASE BE ADVISED THAT YOU MAY NOT DISBURSE ANY FUNDS FROM THE PLAINTIFF'S SETTLEMENT OR JUDGMENT UNTIL THIS LIEN HAS BEEN SATISFIED AND RELEASED.

    Upon settlement or judgment please email to kjones@bozemanlawfirm.com or call 914 668 4600 to arrange payment.

    Checks may be mailed to the address above.

Sincerely,

*[signature]*

S. Kenneth F. Jones, Esq. (SJ 2530)

Case 1:15-cv-04534-LDH-SMG Document 8 Filed 12/15/15 Page 2 of 3 PageID #: 50

### THE BOZEMAN LAW FIRM PLLC
### COUNSELORS-AT-LAW

SIX GRAMATAN AVENUE, FIFTH FLOOR
MOUNT VERNON, NY
10550

(T) 914 668 4600
(F) 914 668 4721
KJONES@BOZEMANLAWFIRM.COM

December 14, 2015

Ronald Pruitt
9229 Foster Avenue
Brooklyn NY 11236

**Re: Pruitt v. City of New York et al. 15 CV 4534**

Dear Ronald Pruitt,

The following charges are owed the Bozeman Law Firm PLLC for services rendered from November 14, 2014 through October 21, 2015 at $350 per hour:

| | |
|---|---|
| **TOTAL HOURS** | 38.79 |
| **TOTAL ATTY FEE (38.79 x 350)** | 13,576.50 |
| **INDEX # FEE** | 400.00 |
| **SERVICE OF PROCESS FEE** | <u>404.00</u> |
| **TOTAL OWED** | $14380.50 |

**Payable Upon Receipt**


**Please make check payable to The Bozeman law Firm PLLC**


Thank you for choosing the Bozeman Law Firm
