UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

RONALD PRUITT,

                Plaintiff                         NOTICE OF SUBSTITUTION

   -against-                                   15-CV-4534

THE CITY OF NEW YORK, et al.,

                Defendants.
_____

Please take notice that the Law Office of Michael Lamonsoff has substituted Jones Richardson PC as counsel for plaintiff RONALD PRUITT in this matter. Additionally, the undersigned, MATTHEW SHROYER, an attorney duly admitted to practice before the courts of this Eastern District of New York, and an associate at the LAW OFFICE OF MICHAEL S. LAMONSOFF, PLLC, appears herein and henceforth as counsel of record.

Dated: New York, New York
       December 15, 2015

                                                    _____/S_____
                                                    MATTHEW SHROYER (MS-6041)
                                                    LAW OFFICE OF MICHAEL S.
                                                    LAMONSOFF, PLLC
                                                    Attorneys for Plaintiff
                                                    RONALD PRUITT
                                                    32 Old Slip
                                                    New York, NY 10005
                                                    (212) 962-1020